Submitted on record and briefs October 30, 1989, affirmed February 14, 1990

In the Matter of the Marriage of

# CONANT,
*Appellant,*
*and*

# ENGLE,
*Respondent.*

(87-01-21,383-E; CA A51156)

786 P2d 1295

William F. Nichols, J. Burdette Pratt and Stunz, Fonda, Pratt, Nichols, Kiyuna & Okai, Nyssa, filed the briefs for appellant.

Mark J. Wilk, Ontario, filed the brief for respondent.

Before Graber, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

In this proceeding on a motion to modify a dissolution judgment, husband appeals and assigns several errors, including the modification of his child support obligation. We affirm without discussion on all issues that husband raises.

The trial court entered its order on January 12, 1989. We will not, on *de novo* review, apply the new child support guidelines to an order entered before October 3, 1989. *Butcher and Butcher,* 100 Or App 476, 786 P2d 1293 (1990).

Affirmed. Costs to wife.